IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
APR 21 2010

| | |
|---|---|
| KYNDRA K. ROTUNDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09cv752(LMB/TRJ) |
| ) | |
| JOSEPH C. ZENGERLE, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>ORDER</u>

On April 20, 2010, the plaintiff filed a Motion to Strike [137] in which she argues that the memoranda supporting the defendants' motions for summary judgment should be stricken because the defendants exceeded the page limitations imposed by the Local Rules of this court. Pursuant to Local Civil Rules 7(F)(1) and (3) and 56(B), a memorandum in support of a motion for summary judgment shall not exceed thirty (30) pages in length and must include a list of all material facts the movant alleges are undisputed. Each defendant has filed a memorandum containing 30 pages of legal argument, relying on a joint statement of facts that is 26 pages long and incorporated into each of the memoranda as an attachment. This format circumvents the 30 page limit for memoranda. Accordingly, the plaintiff's Motion to Strike is GRANTED, and it is hereby.

ORDERED that the pleadings [128,129,130] be and are STRICKEN, and it is further

ORDERED that the defendants submit revised memoranda in

support of their motions for summary judgment, in accordance with Local Civil Rule 7(F) and 56(B),[1] no later than close of business, which is 5:00pm, on Monday, April 26, 2010. As the 26 page Joint Statement of Undisputed Facts is shared among the three defendants, one-third of those pages (nine pages) will be attributed to each defendant. Therefore, the defendants must limit their revised memoranda to 21 pages, and it is further

ORDERED that the plaintiff have five additional calendar days in which to file her opposition to the revised summary judgment motions.

The parties are advised that the Court will not entertain any motion to exceed the page limits.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of April, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] The defendants are advised that the fonts and margins must also conform to the standards laid out in Local Civil Rule 7(F).

2